# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gee, Dolly M. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court, Centeral District of CA
312 N. Spring Street, Room 218P
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board | Federal Bar Association, Central District of California |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Former Law Firm Partnership Agreement: contingency fee and withdrawing partner payments are paid within 72 months after withdrawal |
| 2. | 2014 | Former Law Firm 401(k) through ABA Retirement Funds Program/TD Ameritrade |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Schwartz, Steinsapir, Dohrmann & Sommers LLP partnership withdrawal payments | $33,333.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | OneWest Bank - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America account | A | Interest | J | T | | | | | |
| 2. Citibank (IRA) | A | Interest | | | Closed | 08/04/14 | J | | |
| 3. Citibank accounts | A | Interest | L | T | | | | | |
| 4. E*Trade Financial accounts | A | Interest | J | T | | | | | |
| 5. OneWest Bank accounts | B | Interest | M | T | | | | | |
| 6. Ally Bank accounts | D | Interest | O | T | | | | | |
| 7. Capital One accounts | A | Interest | M | T | | | | | |
| 8. Brokerage Account #1 | | | | | | | | | |
| 9. -StatOil Hydro ASA Common Stock | A | Dividend | J | T | | | | | |
| 10. -Vanguard High Yield Municipal Bond Fund | B | Dividend | L | T | | | | | |
| 11. Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 12. Brokerage Account #2 (401(k)) | | | | | | | | | |
| 13. -ABA Retirement Stable Asset Return Fund | A | Interest | N | T | | | | | |
| 14. -ABA Retirement Balanced Fund | A | Int./Div. | K | T | | | | | |
| 15. -ABA Retirement Bond Core Plus Fund | A | Dividend | J | T | | | | | |
| 16. -ABA Retirement Large Cap Equity Fund | B | Dividend | M | T | | | | | |
| 17. -ABA Retirement Large Cap Index Equity Fund (X) | A | Dividend | K | T | Buy | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -ABA Retirement All Cap Index Equity Fund | B | Dividend | M | T | | | | | |
| 19.   -ABA Retirement Small-Mid Cap Equity Fund | A | Dividend | K | T | | | | | |
| 20.   -ABA Retirement Small Cap Equity Fund | A | Dividend | J | T | | | | | |
| 21.   -ABA Retirement International All Cap Equity Fund | A | Dividend | J | T | | | | | |
| 22.   -ABA Retirement International Index Equity Fund (X) | A | Dividend | J | T | | | | | |
| 23.   -TD Ameritrade Money Market Portfolio | A | Int./Div. | K | T | | | | | |
| 24.   -Ariel Appreciation Mid-Cap Blend Mutual Fund | C | Int./Div. | K | T | | | | | |
| 25.   -Bridgeway Ultra Small Co. Mkt Fund | A | Int./Div. | J | T | | | | | |
| 26.   -Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 27.   -Fairholme Mutual Fund | A | Int./Div. | J | T | | | | | |
| 28.   -Federated Prudent Bear Fund | A | Int./Div. | J | T | | | | | |
| 29.   -Forester Value Mutual Fund | A | Int./Div. | J | T | | | | | |
| 30.   -Voya Corporate Leaders Trust Series B Mutual Fund (formerly ING) | A | Dividend | J | T | | | | | |
| 31.   -Meridian Growth Fund | C | Int./Div. | K | T | | | | | |
| 32.   -RBC Enterprise Fund (formerly Tamarack) | A | Int./Div. | J | T | | | | | |
| 33.   -Vanguard Star Mutual Fund | A | Int./Div. | J | T | | | | | |
| 34.   -San Juan Basin Royalty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Baytex Energy Trust Common Stock | B | Dividend | J | T | | | | | |
| 36. -GE Common Stock | A | Dividend | J | T | | | | | |
| 37. -Home Depot Common Stock | B | Dividend | K | T | | | | | |
| 38. -Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. -Ishares Inc. MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 40. -MSFT Common Stock | B | Dividend | K | T | | | | | |
| 41. -StatOil Hydro ASA Common Stock | A | Dividend | J | T | | | | | |
| 42. -Vanguard Dividend Growth Fund | A | Int./Div. | J | T | Buy | 10/01/14 | J | | |
| 43. -Parnassus Equity Income Fund | A | Int./Div. | J | T | | | | | |
| 44. -Vanguard Selected Value Fund | A | Int./Div. | J | T | Buy | 10/01/14 | J | | |
| 45. -2030 Retirement Date Fund | A | Int./Div. | J | T | Buy | 10/20/14 | J | | |
| 46. Brokerage Account #3 (401(k)) | | | | | | | | | |
| 47. -Vanguard GNMA | A | Int./Div. | M | T | | | | | |
| 48. -Bank of America sweep account | A | Interest | M | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gee, Dolly M. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dolly M. Gee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544